AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:24-CV-00134

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **BAM Trading Services, Inc., d/b/a Binance.us**
was recieved by me on **3/06/2024:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o Registered Agent Corporation Service Company, Inc.**, who is designated by law to accept service of process on behalf of **BAM Trading Services, Inc., d/b/a Binance.us** at **641 S Lawrence St, Montgomery, AL 36104** on **03/07/2024 at 1:33 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   03/07/2024

*Server's signature*

**Sara Kasamanian**
*Printed name and title*

**7806 Vaughn Road
#199
montgomery, AL 36116**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to c/o Registered Agent Corporation Service Company, Inc. with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact.**




Tracking #: **0126617551**