UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADIN GESS,<br>NOACH NEWMAN,<br>MAYA PARIZER,<br>NATALIE SANANDAJI,<br>YONI DILLER, HAGAR ALMOG, LISHAY LAVI,<br>DAVID BROMBERG, and<br>ARIEL EIN-GAL,<br><br>    Plaintiffs,<br><br>    - v. -<br><br>BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS, LTD. d/b/a BINANCE, a foreign company, and CHANGPENG ZHAO,<br><br>    Defendants. | Civil Action Case No. 2:24-cv-00134-CWB |

**STIPULATION AND [PROPOSED] ORDER REGARDING
SERVICE AND PRELIMINARY SCHEDULING MATTERS**

This Stipulation is entered into between Defendants BAM Trading Services Inc. d/b/a Binance.US ("BAM"), Binance Holdings Ltd. d/b/a Binance ("Binance Holdings"), and Changpeng Zhao ("Zhao" and, together with BAM and Binance Holdings, "Defendants"), and Plaintiffs Adin Gess, *et al.* ("Plaintiffs"), through their undersigned counsel.

WHEREAS, Plaintiffs filed this action on February 26, 2024 (ECF No. 1);

WHEREAS, BAM previously moved the Court to extend the time to respond to Plaintiffs' Complaint from March 28, 2024 to May 16, 2024 (ECF No. 11), and the Court granted that request (ECF No. 14);

WHEREAS, Binance Holdings and Zhao have not been served with the Complaint;

WHEREAS, Binance Holdings and Zhao intend to file a Motion to Transfer this case in its entirety to the Southern District of New York, where a case that Defendants contend is substantively similar is currently pending;

WHEREAS, BAM intends not to oppose the Motion to Transfer, while Plaintiffs intend to oppose the Motion to Transfer;

WHEREAS, Defendants intend to file Motions to Dismiss after the Motion to Transfer is adjudicated;

WHEREAS, having met and conferred, Plaintiffs and Defendants, subject to approval of the Court, wish to streamline preliminary matters in this action, minimize disputes, and avoid wasting resources and burdening the Court to the extent possible by: (i) avoiding the burden of serving foreign defendants through the Hague Convention; and (ii) agreeing on a reasonable briefing schedule for Binance Holdings's and Zhao's anticipated Motion to Transfer this action to the Southern District of New York and Defendants' anticipated Motions to Dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned counsel, as follows:

1. Binance Holdings and Zhao hereby waive objections to the absence of a Summons or of service of the Summons and Complaint in this action and any defense based upon the sufficiency of service of process; provided, however, that Defendants do not waive, but rather expressly reserve, any and all other rights, defenses, and objections to the claims in this action (including but not limited to defenses based upon lack of personal or subject

matter jurisdiction, lack of standing, improper venue, or a defendant having been improperly named). For the avoidance of doubt, Binance Holdings and Zhao do not concede that service has been effectuated within the Middle District of Alabama (or anywhere else), and Plaintiffs agree not to argue that the waiver affects any of Defendants' other rights, defenses, or objections (including but not limited to defenses based upon lack of personal or subject matter jurisdiction, lack of standing, improper venue, or a defendant having been improperly named);

    2.    Subject to the Court's approval, the parties will brief the Motion to Transfer as follows:

    a)    Binance Holdings and Zhao will file their Motion to Transfer on or before Thursday, May 23, 2024;

    b)    Plaintiffs will file their opposition on or before Tuesday, July 9, 2024; and

    c)    Binance Holdings and Zhao will file their reply on or before Friday, August 9, 2024.

    3.    Defendants shall not be required to answer, move to dismiss, or otherwise respond to the Complaint until after a decision on the Motion to Transfer is issued and, if the case is transferred, until after the transfer has been completed.

    4.    Subject to the Court's approval, absent transfer, the parties will brief their anticipated Motions to Dismiss as follows:

    a)    Defendants will file their Motions to Dismiss within 45 days of a decision on the Motion to Transfer;

        b)     Plaintiffs will file their oppositions within 45 days of the filing of the Motions to Dismiss;

        c)     Defendants will file their reply or replies within 30 days of the filing of Plaintiffs' oppositions.

5.     All discovery against any Defendant shall be stayed pending resolution of both Binance Holdings's and Zhao's Motion to Transfer and Defendants' Motions to Dismiss the operative complaint in this action.

6.     Notwithstanding Paragraph 5 above, Plaintiffs reserve the right to request that the Court order discovery that they believe is necessary to oppose the Motion to Transfer and/or any Motion to Dismiss, and Defendants reserve their rights to oppose any such request. For the avoidance of doubt, Defendants' entry into this stipulation does not constitute an admission or concession that any discovery is available or proper against any Defendant whether as a matter of law or otherwise, before the Court rules on Defendants' forthcoming motions to dismiss.

Date: May 9, 2024

/s/ David I. Schoen
David I. Schoen (ASB-0860-O42D)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
(334) 395-6611
schoenlawfirm@gmail.com

Mark Goldfeder (*pro hac vice forthcoming*)
National Jewish Advocacy Center, Inc.
1718 General George Patton Drive
Brentwood, TN 37027
(800) 269-9895
mark@jewishadvocacycenter.org

Ben Schlager (*pro hac vice forthcoming*)
Goldfeder and Terry, LLC
666 Harless Place
West Hempstead, NY 11552
(917) 495-5790
ben@goldfederterry.com

*Attorneys for Plaintiffs*

/s/ Kenneth D. Sansom
Kenneth D. Sansom (SAN 047)
Michael T. Sansbury (SAN 054)
SPOTSWOOD SANSOM & SANSBURY LLC
Financial Center
505 20th Street North, Suite 700
Birmingham, AL 35203-3329
(205) 986-3620
Msansbury@spotswood.com
Ksansom@spotswood.com

*Attorneys for Defendant BAM Trading Services, Inc. d/b/a Binance.US*

/s/ Harlan I. Prater IV
Harlan I. Prater IV
Lightfoot, Franklin & White, LLC
400 20th Street North
Birmingham, AL 35203
(205) 581-0720
hprater@lightfootlaw.com

*Attorneys for Defendants Binance Holdings Ltd. d/b/a Binance and Changpeng Zhao*

**SO ORDERED.**

DATED:  _____   _____
Chad W. Bryan
United States Magistrate Judge