# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

ADIN GESS, et al.,

                Plaintiffs,

    v.

BAM TRADING SERVICES, INC., d/b/a
BINANCE.US, et al.,

                Defendants.

Civil Action No.:
2:24-cv-00134

## MOTION FOR ADMISSION PRO HAC VICE

Harlan I. Prater, IV, a member in good standing of the bar of the State of Alabama and the Middle District of Alabama, hereby moves for the admission of Samson A. Enzer, to appear *pro hac vice* in this case as counsel for Defendants, Binance Holdings, LTD d/b/a Binance, a foreign company, and Changpeng Zhao.

I certify that:

1.      Samson A. Enzer is not a member of the bar of Alabama. Mr. Enzer is an attorney at Cahill Gordon & Reindel LLP. His office address is 32 Old Slip, New York, New York 10005; his telephone number is (212) 701-3125; and his email address is senzer@cahill.com.

2.      Samson A. Enzer is eligible to practice and a member in good standing of the bars of the following State Courts and/or United States Courts:

| State | Admission Date |
|---|---|
| State of New York | 7/30/2008 |
| **Federal** | **Admission Date** |
| U.S. District Court for the Southern District of New York | 3/29/2010 |
| U.S. District Court for the Eastern District of New York | 5/31/2023 |
| **Appellate** | **Admission Date** |
| U.S. Court of Appeals for the Second Circuit | 9/25/2015 |

3. A Certificate of Good Standing from the United States District Court for the Southern District of New York, in which Mr. Enzer is admitted to practice, is attached as **Exhibit A**.

4. Samson A. Enzer has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. Samson A. Enzer is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6. Samson A. Enzer understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

2

7.   The undersigned movant is also a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

8.   The fee for admission *pro hac vice* is submitted herewith via major credit card along with this e-filing.

DATED:  May 16, 2024                    Respectfully submitted,


*/s/Samson A. Enzer (with permission)*
Samson A. Enzer
*\* pro hac vice motion pending*

CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3125
SEnzer@cahill.com

By: /s/*Harlan I. Prater, IV*
    Harlan I. Prater, IV
    Bar Number:   7485-T62H
    hprater@lightfootlaw.com

    LIGHTFOOT, FRANKLIN & WHITE, LLC
    The Clark Building
    400 20th Street North
    Birmingham, AL 35203-3200
    (205) 5871-0700

    *Attorneys for Defendant Binance Holdings, LTD d/b/a Binance, a foreign company, and Changpeng Zhao*

3

## CERTIFICATE OF SERVICE

This is to certify that on this 16th day of May, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of Court. Copies will be served on counsel of record by, and may be obtained through, the Court's ECF system and any non-served parties via U.S. Mail.

/s/ Harlan I. Prater, IV
Harlan I. Prater, IV
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL  35203
Telephone: (205) 581-0700
hprater@lightfootlaw.com

*One of the Attorneys for Defendants,*
*Binance Holdings, LTD d/b/a Binance, a*
*foreign company, and Changpeng Zhao*

# EXHIBIT A

# United States District Court
### Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

SAMSON   AARON   ENZER , Bar #      SE3068

was duly admitted to practice in the Court on

March 29, 2010

and is in good standing as a member of the Bar of this Court

Dated at        500 Pearl St.          On        May 10, 2024
              New York, New York


Ruby J. Krajick                                    By        s/ R. Juliano
Clerk of Court                                               Deputy Clerk