# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| ADIN GESS, NOACH NEWMAN, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, LISHAY LAVI, DAVID BROMBERG, and ARIEL EIN-GAL,<br><br>Plaintiffs,<br><br>- v. -<br><br>BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS LTD. d/b/a BINANCE, a foreign company, and CHANGPENG ZHAO,<br><br>Defendants. | Civil Action Case No. 24 Civ. 00134 |

**DEFENDANT BINANCE HOLDINGS LIMITED'S**
**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Binance Holdings Limited identifies that its parent corporation is Binance (Services) Holdings Limited and that no publicly held corporation owns 10% or more of its stock.

Date: May 23, 2024

*/s/ Harlan I. Prater IV*
Harlan I. Prater IV
Lightfoot, Franklin & White, LLC
400 20th Street North
Birmingham, AL 35203
(205) 581-0720
hprater@lightfootlaw.com

*Attorney for Binance Holdings Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 23, 2024, a true and correct copy of the foregoing document was served via the Court's ECF filing system on all counsel of record.

*/s/ Harlan I. Prater IV*
Harlan I. Prater IV

*Attorney for Binance Holdings Limited*