IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADIN GESS, NOACH NEWMAN, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, LISHAY LAVI, DAVID BROMBERG, and ARIEL EIN-GAL,<br><br>                                   Plaintiffs,<br><br>- v. -<br><br>BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS LTD. d/b/a BINANCE, a foreign company, and CHANGPENG ZHAO,<br><br>                                   Defendants. | Civil Action Case No.<br>24 Civ. 00134<br><br>**ORAL ARGUMENT REQUESTED** |

## FOREIGN DEFENDANTS' MOTION TO TRANSFER

Defendants Binance Holdings Limited and Changpeng Zhao (together, the "Foreign Defendants" or "Moving Defendants"), by and through their undersigned attorneys, respectfully move this Court for an Order transferring the above-captioned action in its entirety to the United States District Court for the Southern District of New York (the "SDNY") pursuant to 28 U.S.C. § 1404(a) or, alternatively, the first-to-file rule.

The Moving Defendants seek an Order to transfer because: (i) under 28 U.S.C. § 1404(a), transfer would promote convenience for the parties and witnesses, be "in the interest of justice," and the case "might have been brought" in the SDNY; and, (ii) in the alternative, a substantially similar case (*Raanan et al.* v. *Binance Holdings Ltd. et al.*, No. 1:24 Civ. 00697 (JGK) (SDNY), involving overlapping parties and issues, was filed first in the SDNY. Moving Defendants set

1

forth their arguments for transfer in an accompanying Memorandum of Law, the exhibits attached thereto, and the proposed form of Order.

**WHEREFORE,** Moving Defendants respectfully request that this Court: (a) issue an order transferring the above-captioned action in its entirety to the SDNY and (b) grant Moving Defendants' request for oral argument at a date and time to be designated by the Court.

Dated: May 23, 2024

                                                        Respectfully submitted,

                                                        */s/ Harlan I. Prater IV*
Harlan I. Prater IV
Lightfoot, Franklin & White, LLC
400 20th Street North
Birmingham, AL 35203
(205) 581-0720
hprater@lightfootlaw.com

CAHILL GORDON & REINDEL LLP
Samson A. Enzer
Anirudh Bansal
Sesi Garimella
Lauren A. Riddell
32 Old Slip
New York, NY 10005
(212) 701-3125
SEnzer@cahill.com
ABansal@cahill.com
SGarimella@cahill.com
LRiddell@cahill.com

*Attorneys for Defendants Binance Holdings Limited d/b/a Binance and Changpeng Zhao*