**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK

TELEPHONE (334) 954-3600

May 31, 2024

NOTICE OF REASSIGNMENT


To:     All Counsel of Record

Re:     *Gess et al v. BAM Trading Services, Inc.*
        Civil Action No.   2:24-cv-00134-CWB

The above-styled case has been reassigned to **Chief Judge Emily C. Marks.**

Please note that the case number is now **2:24-cv-00134-ECM-CWB.** The new case number should be used on all future correspondence and pleadings.