IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADIN GESS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|    v. | )   CASE NO. 2:24-cv-134-ECM |
| | ) |
| BAM TRADING SERVICES, INC., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

For good cause, it is

ORDERED that, pursuant to 28 U.S.C. § 636, this case is REFERRED to the United States Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 3rd day of June, 2024.

                                            /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE