# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ADIN GESS, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )    Case No. 2:24-cv-134-ECM-CWB |
| | ) |
| BAM TRADING SERVICES, INC., et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

It is hereby **ORDERED** that Plaintiffs' Motion for Leave to File a Surreply (Doc. 37) is **GRANTED** such that Plaintiffs are afforded through **Friday, August 30, 2024** to file a surreply. However, the surreply shall not exceed 8 pages and shall be "limited solely to addressing the Defendants' arguments not previously raised" (*see* Doc. 37 at pp. 1-2).

**DONE** this the 26th day of August 2024.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**