**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| ADIN GESS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:24-cv-134-ECM-CWB |
| BAM TRADING SERVICES, INC., et al., | ) |
| Defendants. | ) |

## ORDER

It is hereby **ORDERED** that the Motion for Leave to File Corrected Plaintiffs' Surreply to Motion to Transfer (Doc. 40) is **GRANTED**. The clerk of court is **DIRECTED** to include the omitted exhibit as part the original filing (Doc. 39).

**DONE** this the 4th day of September 2024.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**