IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADIN GESS, et al., | x | |
| | x | |
| Plaintiffs, | x | |
| | x | Civil Action No. |
| v. | x | 24-cv-00134-ECM-CWB |
| | x | |
| BAM TRADING SERVICES, INC. d/b/a | x | |
| BINANCE.US, a Delaware corporation, et al., | x | |
| | x | |
| Defendants. | x | |

**MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Pending before the Court is a Motion to Transfer (ECF## 31, 32).  The Motion is fully briefed and the Court has heard oral argument on the Motion and has the matter under advisement.

As the Court is aware, one argument Plaintiffs have made in response to the Motion to Transfer is that the motion must be denied because the moving party has the burden of establishing that the transferee court has personal jurisdiction and here, the moving parties have actually moved to dismiss an action in the proposed transferee court based on their argument that that court **lacks** personal jurisdiction.  (See ECF# 35 at 6-10)

During oral argument on the Motion to Transfer, reference was made to another case recently filed in the Southern District of New York ("SDNY") against the moving parties, *Troell, et al. v. Binance Holdings Limited, et al.*, 1:2024-cv-07136-JSR.  On November 1, 2024, Binance Holdings, Limited, a moving party here, filed a Motion to Dismiss in that case in the SDNY.  In that motion, Binance Holdings, Limited argues, once again, *inter alia,* that the case must be dismissed based on the failure to prove that the SDNY has personal jurisdiction.  Plaintiffs respectfully ask this Court to

allow them to supplement the record here by providing the Court with a copy of the Motion to

Dismiss in *Troell* (Exhibit 1) and would direct the Court's attention to Pages 24-25 of the Motion.

No further argument on the Motion to Transfer is being offered here; rather Plaintiffs only

bring the SDNY filing to the Court's attention for further consideration of the arguments already

made by the parties.

Respectfully submitted,

/s/ David I. Schoen
David I. Schoen (ASB-0860-O42D)
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2024, I caused a true and accurate copy of the

foregoing to be served on all counsel of record by filing the same through the ECF system.

/s/ David I. Schoen

David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
(334) 395-6611
schoenlawfirm@gmail.com

Mark Goldfeder (pro hac vice pending)
National Jewish Advocacy Center, Inc.
1718 General George Patton Drive
Brentwood, TN 37027
(800) 269-9895
mark@jewishadvocacycenter.org

Ben Schlager (pro hac vice forthcoming)
Goldfeder and Terry, LLC
666 Harless Place
West Hempstead, NY 11552
(917) 495-5790
ben@goldfederterry.com