IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADIN GESS, NOACH NEWMAN, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, LISHAY LAVI, DAVID BROMBERG, and ARIEL EIN-GAL,<br><br>                          Plaintiffs,<br><br>- v. -<br><br>BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS LTD. d/b/a BINANCE, a foreign company, and CHANGPENG ZHAO,<br><br>                          Defendants. | Civil Action Case No. 24 Civ. 00134 |

**FOREIGN DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

      Binance Holdings Limited ("BHL") and Changpeng Zhao ("Mr. Zhao") (together, "Foreign Defendants") write briefly to respond to Plaintiffs' November 20, 2024, motion seeking leave to supplement the record. (ECF 50). While Foreign Defendants recognize that the Court has already granted Plaintiffs' request to supplement the record (ECF 51), they wish to clarify certain details regarding the cases pending in the S.D.N.Y.

      As the Court knows, Foreign Defendants have moved to transfer this case to Judge Koeltl in the Southern District of New York because Judge Koeltl is presiding over an earlier-filed and related case, *Raanan et al.,* v. *Binance Holdings Limited et al.,* No. 24 Civ. 00697-JGK (S.D.N.Y). Foreign Defendants moved to dismiss *Raanan* for lack of personal jurisdiction. As discussed at oral argument and in the Reply Memorandum In Support Of The Transfer Motion

(ECF No. 36), Foreign Defendants suggest that this Court should defer ruling on the motion to transfer until Judge Koeltl rules on the *Raanan* motion to dismiss.

Nearly a month after the motion to transfer had been fully briefed, a new case (referred to as "*Troell*") was filed in the Southern District of New York asserting claims against BHL and Mr. Zhao for alleged violations of the ATA. *Troell, et. al.,* v. *Binance Holdings Limited, et. al.*, No. 24 Civ. 07136-JSR (S.D.N.Y.). Plaintiffs' recent application advised the Court that BHL has also moved to dismiss *Troell* for lack of personal jurisdiction. *Troell* was assigned to a different judge in the S.D.N.Y. (Judge Rakoff), and it was not transferred to Judge Koeltl but rather is proceeding separately. While both *Raanan* and *Troell* are pending in the S.D.N.Y., Foreign Defendants wish to make clear that Plaintiffs' motion seeking leave to supplement addresses a separate case, *Troell*, that is not assigned to Judge Koeltl.

Date: December 2, 2024

*/s/ Samson A. Enzer*
**CAHILL GORDON & REINDEL LLP**
Anirudh Bansal
Sesi Garimella
Lauren A. Riddell
32 Old Slip
New York, NY 10005
(212) 701-3125
SEnzer@cahill.com
ABansal@cahill.com
SGarimella@cahill.com
LRiddell@cahill.com

Lightfoot, Franklin & White, LLC
Harlan I. Prater IV
400 20th Street North
Birmingham, AL 35203
(205) 581-0720
hprater@lightfootlaw.com

2

*Attorneys for Defendants Binance Holdings Limited d/b/a Binance and Changpeng Zhao*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed with the Court and served by the Court's ECF system, on this the 2nd day of December, 2024, on:

David I. Schoen (ASB-0860-O42D)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
(334) 395-6611
schoenlawfirm@gmail.com

Mark Goldfeder
National Jewish Advocacy Center, Inc.
1718 General George Patton Drive
Brentwood, TN 37027
(800) 269-9895
mark@jewishadvocacycenter.org

Ben Schlager (*pro hac vice forthcoming*)
Goldfeder and Terry, LLC
666 Harless Place
West Hempstead, NY 11552
(917) 495-5790
ben@goldfederterry.com

*Attorneys for Plaintiffs*

Kenneth D. Sansom (SAN 047)
Michael T. Sansbury (SAN 054)
SPOTSWOOD SANSOM & SANSBURY LLC
Financial Center
505 20th Street North, Suite 700
Birmingham, AL 35203-3329
(205) 986-3620
Msansbury@spotswood.com
Ksansom@spotswood.com

*Attorneys for Defendant BAM Trading Services, Inc. d/b/a Binance.US*