**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ADIN GESS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:24-cv-134-ECM-CWB** |
| | ) | |
| **BAM TRADING SERVICES, INC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

It is **ORDERED** that the Motion for Withdrawal and Substitution of Counsel (Doc. 55) is **GRANTED** such that Bradley Arant Boult Cummings LLP and Baker & Hostetler LLP are substituted for Lightfoot Franklin & White LLC and Cahill Gordon & Reindel LLP as counsel of record for Changpeng Zhao.  The court notes, however, that Lightfoot Franklin & White LLC and Cahill Gordon & Reindel LLP will continue to represent Binance Holdings Limited.

The clerk of court is **DIRECTED** to update the docket accordingly and to recognize the appearances of all incoming counsel for Changpeng Zhao (*see* Doc. 55 at p. 2).

**DONE** this the 27th day of February 2025.

_____

**CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE**