IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADIN GESS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-134-ECM-CWB |
| ) | |
| BAM TRADING SERVICES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The court's February 27, 2025 Order (Doc. 61) is hereby amended such that it now is

**ORDERED** as follows:

- the Foreign Defendants' Motion to Transfer (Doc. 31) is denied without prejudice;

- all defendants are afforded through **April 14, 2025** to file an answer, motion to dismiss, or other response to the Complaint (*see* Doc. 19);

- the parties are directed to confer via videoconference and file, whether separately or collectively, any motions for action deemed appropriate in light of the decision in *Raanan, et al. v. Binance Holdings Limited, et al.*, 24-cv-697 (JGK), United States District Court for the Southern District of New York, no later than **March 12, 2025**; and

- this matter is set for a telephonic status conference at **10:00 a.m. on March 20, 2025**, with dial-in information to be circulated in advance to all counsel of record.

**DONE** this the 4th day of March 2025.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**