IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADIN GESS, NOACH NEWMAN, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, LISHAY LAVI, DAVID BROMBERG, and ARIEL EIN-GAL,<br><br>Plaintiffs,<br><br>- v. -<br><br>BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS LTD. d/b/a BINANCE, a foreign company, and CHANGPENG ZHAO,<br><br>Defendants. | Civil Action Case No. 24 Civ. 00134<br><br>**ORAL ARGUMENT REQUESTED** |

## BINANCE HOLDINGS LIMITED'S MOTION TO DISMISS

Defendant Binance Holdings Limited ("BHL"), by and through its undersigned attorneys, respectfully moves this Court for an Order dismissing the above-captioned action in its entirety pursuant to Federal Rules of Civil Procedure 8, 10(b), 12(b)(1), 12(b)(2), and 12(b)(6).

BHL seeks an Order of dismissal because: (i) several Plaintiffs lack standing to assert claims under 18 U.S.C. § 2333(a) (the "ATA"), 18 U.S.C. § 2333(d) ("JASTA"), and 28 U.S.C. § 1350 (the "ATS"); (ii) the Complaint fails to comply with the requirements of Federal Rules of Civil Procedure 8 and 10(b); (iii) the

Complaint fails to establish personal jurisdiction over BHL; (iv) the Complaint does not adequately allege primary liability claims under the ATA; (v) the Complaint does not adequately allege aiding-and-abetting liability under the ATA/JASTA; (vi) the Complaint does not adequately allege conspiracy liability under the ATA/JASTA; (vii) the Complaint's ATS claim fails for lack of jurisdiction and on the merits; and (viii) the Complaint's negligent infliction of emotional distress claim is not cognizable under Alabama state law and is otherwise insufficiently pleaded.  BHL sets forth its arguments for dismissal in an accompanying Memorandum of Law, the Declaration of Samson A. Enzer, and the exhibits attached thereto.

**WHEREFORE**, BHL respectfully requests that this Court: (i) issue an order dismissing the above-captioned action in its entirety, and (ii) grant BHL's request for oral argument at a date and time to be designated by the Court.

Date: April 14, 2025

Respectfully submitted,

*/s/ Harlan I. Prater IV*
Harlan I. Prater IV, ASB-7485-T62H
Lightfoot, Franklin & White, LLC
400 20th Street North
Birmingham, AL 35203
(205) 581-0720
hprater@lightfootlaw.com

CAHILL GORDON & REINDEL LLP
Samson A. Enzer
Anirudh Bansal
Sesi Garimella
32 Old Slip
New York, NY 10005
(212) 701-3125
SEnzer@cahill.com
ABansal@cahill.com
SGarimella@cahill.com

*Attorneys for Defendant Binance Holdings Limited d/b/a Binance*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed with the Court and served by the Court's ECF system, on this the 14th day of April, 2025, on:

David I. Schoen (ASB-0860-O42D)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
(334) 395-6611
schoenlawfirm@gmail.com

Mark Goldfeder (*pro hac vice*)
National Jewish Advocacy Center, Inc.
1718 General George Patton Drive
Brentwood, TN 37027
(800) 269-9895
mark@jewishadvocacycenter.org

Ben Schlager (*pro hac vice forthcoming*)
GOLDFEDER AND TERRY, LLC
666 Harless Place
West Hempstead, NY 11552
(917) 495-5790
ben@goldfederterry.com

*Attorneys for Plaintiffs*

Kenneth D. Sansom (SAN 047)
Michael T. Sansbury (SAN 054)
SPOTSWOOD SANSOM & SANSBURY LLC
Financial Center
505 20th Street North, Suite 700
Birmingham, AL 35203-3329
(205) 986-3620
Msansbury@spotswood.com

4

Ksansom@spotswood.com

Athanasia Charmani (*pro hac vice*)
WINSTON & STRAWN, LLP
1901 L. Street N.W.
Washington, DC 20036
(202) 282-5026

Daniel T. Stabile (*pro hac vice*)
Gabriela Plasencia (*pro hac vice*)
WINSTON & STRAWN, LLP
200 S. Biscayne Boulevard
Suite 2400
Miami, FL 33131
(305) 910-0787

*Attorneys for Defendant BAM Trading Services, Inc. d/b/a Binance.US*

Teresa Goody Guillén (*pro hac vice*)
Marco Molina (*pro hac vice*)
Joanna F. Wasick (*pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200

Charles A. Stewart III
BRADLEY ARANT BOULT CUMMINGS LLP
RSA Dexter Avenue Building
445 Dexter Avenue
Suite 9075
Montgomery, AL 36104
(334) 956-7608

*Attorneys for Defendant Changpeng Zhao*

Ksansom@spotswood.com

Athanasia Charmani (*pro hac vice*)
WINSTON & STRAWN, LLP
1901 L. Street N.W.
Washington, DC 20036
(202) 282-5026

Daniel T. Stabile (*pro hac vice*)
Gabriela Plasencia (*pro hac vice*)
WINSTON & STRAWN, LLP
200 S. Biscayne Boulevard
Suite 2400
Miami, FL 33131
(305) 910-0787

*Attorneys for Defendant BAM Trading Services, Inc. d/b/a Binance.US*

Teresa Goody Guillén (*pro hac vice*)
Marco Molina (*pro hac vice*)
Joanna F. Wasick (*pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200

Charles A. Stewart III
BRADLEY ARANT BOULT CUMMINGS LLP
RSA Dexter Avenue Building
445 Dexter Avenue
Suite 9075
Montgomery, AL 36104
(334) 956-7608

*Attorneys for Defendant Changpeng Zhao*