# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ADIN GESS, NOACH NEWMAN, MAYA PARIZER, NATALIE SANANDAJI, YONI DILLER, HAGAR ALMOG, LISHAY LAVI, DAVID BROMBERG, and ARIEL EIN-GAL,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　- v. -<br><br>BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS LTD. d/b/a BINANCE, a foreign company, and CHANGPENG ZHAO,<br><br>　　　　　　　　　　Defendants. | Civil Action Case No. 24 Civ. 00134<br><br>**ORAL ARGUMENT REQUESTED** |

### DECLARATION OF SAMSON A. ENZER IN SUPPORT OF BINANCE HOLDINGS LIMITED'S MOTION TO DISMISS

I, SAMSON A. ENZER, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the State of New York and a Partner at the law firm Cahill Gordon & Reindel LLP, counsel for Defendant Binance Holdings Limited ("BHL") in the above-captioned action. I am admitted to practice in this Court *pro hac vice*. I submit this declaration to place before the Court certain

documents that are referred to in the accompanying Memorandum of Law in Support of BHL's Motion to Dismiss the Complaint in this case.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Commodity Futures Trading Commission ("CFTC") Complaint, dated March 27, 2023, and filed in *Commodity Futures Trading Commission* v. *Zhao*, No. 23 Civ. 01887 (N.D. Ill. 2023) (ECF No. 1), (the "CFTC Complaint"). The CFTC Complaint is referenced in the Complaint. (*See, e.g.*, Compl. at 15-16, 19).

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Consent Order between the Financial Crimes Enforcement Network ("FinCEN") and BHL, dated November 21, 2023, which is available at https://www.fincen.gov/sites/default/files/enforcement_action/2023-1121/FinCEN _Consent_Order_2023-04_FINAL508.pdf, (the "FinCEN Consent Order"). The FinCEN Consent Order is referenced in the Complaint. (*See, e.g.*, Compl. at 7, 18).

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Plea Agreement between the U.S. Department of Justice ("DOJ") and BHL, dated November 21, 2023, and filed in *United States* v. *Binance Holdings Limited*, No. 23 Cr. 00178 (W.D. Wash. 2023) (ECF No. 23), (the "BHL Plea Agreement"). The BHL Plea Agreement is referenced in the Complaint. (*See, e.g.*, Compl. at 3, 6-7, 18).

5. Annexed hereto as Exhibit 4 is a true and correct copy of the Information referenced in the BHL Plea Agreement, dated November 14, 2023, and filed in *United States* v. *Binance Holdings Limited*, No. 23 Cr. 00178 (W.D. Wash. 2023) (ECF No. 1), (the "Information"). The Information is referenced in the Complaint. (*See, e.g.*, Compl. at 3, 6).

6. Annexed hereto as Exhibit 5 is a true and correct copy of the Plea Agreement between the DOJ and Mr. Zhao, dated November 21, 2023, and filed in *United States* v. *Zhao*, No. 23 Cr. 00179 (W.D. Wash. 2023) (ECF No. 31), (the "Zhao Plea Agreement"). The Zhao Plea Agreement is referenced in the Complaint. (*See, e.g.*, Compl. at 7).

7. Annexed hereto as Exhibit 6 is a true and correct copy of FinCEN's November 21, 2023 Press Release, announcing the settlement between FinCEN and BHL, which is available at https://home.treasury.gov/news/press-releases/jy1925, (the "FinCEN Press Release"). The FinCEN Press Release is referenced in the Complaint. (*See, e.g.*, Compl. at 19).

8. Annexed hereto as Exhibit 7 is a true and correct copy of the DOJ's November 21, 2023 Press Release, announcing the settlement between the DOJ and BHL, which is available at https://www.justice.gov/archives/opa/pr/binance-and-ceo-plead-guilty-federal-charges-4b-resolution, (the "DOJ Press Release"). The DOJ Press Release is referenced in the Complaint. (*See*, *e.g.*, Compl. at 19-20).

9. Annexed hereto as Exhibit 8 is a true and correct copy of the Remarks of the Secretary of the Treasury, Janet L. Yellen, on January 8, 2024, which are available at https://home.treasury.gov/news/press-releases/jy2017, (the "Yellen Remarks"). The Yellen Remarks are referenced in the Complaint. (*See, e.g.*, Compl. at 4-5, 16, 20).

| | |
|---|---|
| Dated: April 14, 2025 | */s/ Harlan I. Prater IV* |

Harlan I. Prater IV, ASB-7485-T62H
Lightfoot, Franklin & White, LLC
400 20th Street North
Birmingham, AL 35203
(205) 581-0720
hprater@lightfootlaw.com

CAHILL GORDON & REINDEL LLP
Samson A. Enzer
Anirudh Bansal
Sesi Garimella
32 Old Slip
New York, NY 10005
(212) 701-3125
SEnzer@cahill.com
ABansal@cahill.com
SGarimella@cahill.com

*Attorneys for Defendant Binance Holdings Limited d/b/a Binance*