# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ADIN GESS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BAM TRADING SERVICES INC. d/b/a BINANCE.US, et al., <br><br> Defendants. | Case No. 2:24-cv-00134-ECM-CWB <br><br> **ORAL ARGUMENT REQUESTED** |

## MR. CHANGPENG ZHAO'S MOTION TO DISMISS

COMES NOW, Defendant Changpeng Zhao, by and through the undersigned counsel, respectfully moves this Court for an Order pursuant to Federal Rules of Civil Procedure 8, 12(b)(2), and 12(b)(6) dismissing Plaintiffs' Complaint (ECF No. 1) in its entirety with prejudice. Mr. Zhao sets forth his arguments for dismissal in an accompanying Memorandum of Law, Declaration of Christopher Wall and exhibits attached thereto, and all prior proceedings, pleadings, and filings in this action.

WHEREFORE, Mr. Zhao respectfully requests that this Court grant his Motion to Dismiss in its entirety with prejudice.

Dated: April 14, 2025

Respectfully submitted,

*/s/ Charles A. Stewart III*

**BRADLEY ARANT BOULT CUMMINGS LLP**

Charles A. Stewart III (ASB-4955-A56C)
445 Dexter Avenue, Suite 9075
Montgomery, AL 36104
(334) 956-7700
cstewart@bradley.com

**BAKER & HOSTETLER LLP**

Teresa Goody Guillén*
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 861-1500
tgoodyguillen@bakerlaw.com

Joanna F. Wasick*
Marco Molina*
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
jwasick@bakerlaw.com
mmolina@bakerlaw.com

*Counsel for Defendant Changpeng Zhao*

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiffs*
Mark Goldfeder, Esq.
NATIONAL JEWISH ADVOCACY CENTER, INC.
1718 General George Patton Drive
Brentwood, TN 37027
mark@jewishadvocacycenter.org

Ben Schlager, Esq.
GOLDFEDER AND TERRY, LLC
666 Harless Place
West Hampstead, NY 11552
ben@goldfederterry.com

David Schoen, Esq.
LAW OFFICE OF DAVID I. SCHOEN
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Schoenlawfirm@gmail.com

*Counsel for Defendant BAM Trading Services, Inc.*
Kenneth D. Sansom, Esq.
Michael T. Sansbury, Esq.
SPOTSWOOD, SANSOM & SANSBURY LLC
1819 5th Avenue North, Suite 1050
Birmingham, AL 35203
ksansom@spotswoodllc.com
msansbury@spotswoodllc.com

Alexandra E. Chopin, Esq.
WINSTON & STRAWN, LLP
1901 L. Street, N.W.
Washington, DC 20036-3506
achopin@winston.com

Athanasia "Thania" Charmani, Esq.
WINSTON & STRAWN, LLP
200 Park Avenue
New York, NY 10166-4193
acharmani@winston.com

*Counsel for Defendant BAM Trading Services, Inc. (cont.)*
Daniel T. Stabile, Esq.
Gabriela "Gabie" Plasencia, Esq.
WINSTON & STRAWN, LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131-5340
dstabile@winston.com
gplasencia@winston.com

*Counsel for Defendant Binance Holdings Limited*
Harlan I. Prater IV, Esq.
Mary Parrish McCracken, Esq.
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
hprater@lightfootlaw.com
mmcracken@lightfootlaw.com

Samson A. Enzer, Esq.
Anirudh Bansal, Esq.
Sesi V. Garimella, Esq.
Lauren A. Riddell, Esq.
Jason M. Ecker, Esq.
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
SEnzer@cahill.com
ABansal@cahill.com
SGarimella@cahill.com
LRiddell@cahill.com
JEcker@cahill.com

                                            */s/ Charles A. Stewart III*
                                            Charles A. Stewart III (ASB-4955-A56C)