IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NOAH NEWMAN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>BAM TRADING SERVICES INC. d/b/a BINANCE.US, et al.,<br><br>        Defendants. | Case No. 2:24-cv-00134-ECM-CWB |

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTIONS TO DISMISS AMENDED COMPLAINT**

This Stipulation is entered into between all Plaintiffs ("Plaintiffs") and Defendants BAM Trading Services Inc. d/b/a Binance.US ("BAM"), Binance Holdings Ltd. d/b/a Binance ("Binance Holdings"), and Changpeng Zhao ("Mr. Zhao" and, together with BAM and Binance Holdings, "Defendants") in the above-captioned action.

**WHEREAS**, a Complaint was filed in this action on February 26, 2024 (ECF No. 1);

**WHEREAS**, Binance Holdings and Mr. Zhao filed a Motion to Transfer on May 23, 2024 (ECF No. 31);

**WHEREAS**, the Court entered an order ("2024 Scheduling Order") stating that "[n]o defendant to this action shall be required to answer, move to dismiss, or otherwise respond to the Complaint until after the court renders a decision on the Motion to Transfer . . . ." (ECF No. 19);

**WHEREAS**, the 2024 Scheduling Order further provided that if the Motion to Transfer was denied, "responsive pleadings or motions seeking to dismiss the Complaint must be filed within 45 days of the denial, any opposition to such motions must be filed within 45 days of the

corresponding motion, and any reply must be filed within 30 days of such opposition" (ECF No. 19);

**WHEREAS**, the Court denied the Motion to Transfer on March 4, 2025 (ECF No. 66);

**WHEREAS**, Defendants each timely filed motions to dismiss on April 14, 2025 (ECF Nos. 76, 79, 82);

**WHEREAS**, Plaintiffs filed an Amended Complaint on May 5, 2025, naming additional plaintiffs and asserting new claims as compared to the original Complaint (ECF No. 84);

**WHEREAS**, Defendants each intend to file a Motion to Dismiss the Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, through their undersigned counsel, as follows:

1. Subject to the Court's approval, the parties will brief their forthcoming Motions to Dismiss the Amended Complaint as follows:

    a. Defendants shall have until **June 20, 2025,** to file their Motions to Dismiss the Amended Complaint;

    b. Plaintiffs' Opposition to such motions must be filed within 60 days of the corresponding motion; and

    c. Defendants' Replies must be filed within 30 days of such Opposition.

2. Nothing herein shall constitute, or be deemed to constitute, a waiver of any rights, arguments, or defenses of the parties, including any defenses based on lack of personal jurisdiction.

4929-6040-4034.1

DATED: May 12, 2025.

*/s/ David I. Schoen*
David I. Schoen (ASB-0860-O42D)
**SCHOEN LAW FIRM, LLC**
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
schoenlawfirm@gmail.com

Mark Goldfeder (*pro hac vice* forthcoming)
National Jewish Advocacy Center, Inc.
3 Times Square
New York, NY 10036
mark@jewishadvocacycenter.org

Ben Schlager (*pro hac vice* forthcoming)
Anat Beck (*pro hac vice* forthcoming)
**GOLDFEDER, SCHLAGER & BECK, LLC**
666 Harless Place
West Hempstead, NY 11552
ben@goldfederterry.com

*Attorneys for Plaintiffs*

*/s/ Kenneth D. Sansom*
Kenneth D. Sansom (SAN 047)
Michael T. Sansbury (SAN 054)
**SPOTSWOOD SANSOM & SANSBURY LLC**
Financial Center | Suite 700
505 20th Street North
Birmingham, AL 35203-3329
ksansom@spotswood.com
msansbury@spotswood.com

Daniel Tramel Stabile*
Thania (Athanasia) Charmani*
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
DStabile@winston.com
ACharmani@winston.com

*Attorneys for Defendant*
*BAM Trading Services Inc. d/b/a*
*Binance.US*

*/s/ Harlan I. Prater IV*
Harlan I. Prater IV (ASB-7485-T62H)
**LIGHTFOOT, FRANKLIN & WHITE LLC**
400 20th Street North
Birmingham, AL 35203
hprater@lightfootlaw.com

Samson A. Enzer*
Anirudh Bansal*
Sesi Garimella*
**CAHILL GORDON & REINDELL LLP**
32 Old Slip
New York, NY 10005
SEnzer@cahill.com
ABansal@cahill.com
SGarimella@cahill.com

*Attorneys for Defendant*
*Binance Holdings Limited d/b/a Binance*

3

4929-6040-4034.1

/s/ Charles A. Stewart III
Charles A. Stewart III (ASB-4955-A56C)
**BRADLEY ARANT BOULT CUMMINGS LLP**
445 Dexter Avenue, Suite 9075
Montgomery, AL 36104
cstewart@bradley.com

Teresa Goody Guillén*
**BAKER & HOSTETLER LLP**
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
tgoodyguillen@bakerlaw.com

Joanna F. Wasick*
Marco Molina*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
jwasick@bakerlaw.com
mmolina@bakerlaw.com

*Attorneys for Defendant Changpeng Zhao*

*Admitted *pro hac vice*

**SO, ORDERED.**

DATED: _____          _____
                                    **HONORABLE CHAD W. BRYAN**
                                    **UNITED STATES MAGISTRATE JUDGE**

4929-6040-4034.1