**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ADIN GESS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:24-cv-134-ECM-CWB** |
| | ) | |
| **BAM TRADING SERVICES, INC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Upon review and consideration, it is **ORDERED** that the parties' proposed timeline for submitting motions to dismiss and associated briefing (*see* Doc. 87) is **GRANTED**. Accordingly, it is further **ORDERED** as follows:

- Defendants shall have until June 20, 2025 to file any motions to dismiss directed toward the Amended Complaint;

- Plaintiffs shall have 60 days from the filing of each such motion to file a response in opposition; and

- Defendants shall have 30 days from the filing of each such opposition to submit a reply.

**DONE** this the 19th day of May 2025.

_____
**CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE**