**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| NOACH NEWMAN, *et al.*,<br><br>                              Plaintiffs,<br><br>                    - v. -<br><br>BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS LTD. d/b/a BINANCE, a foreign company, and CHANGPENG ZHAO,<br><br>                              Defendants. | Civil Action Case No.<br>24 Civ. 00134<br><br><br>**ORAL ARGUMENT REQUESTED** |

**BINANCE HOLDINGS LIMITED'S MOTION TO DISMISS
THE AMENDED COMPLAINT**

Defendant Binance Holdings Limited ("BHL"), by and through its undersigned attorneys, respectfully moves this Court for an Order dismissing the above-captioned action in its entirety pursuant to Federal Rules of Civil Procedure 8, 10(b), 12(b)(1), 12(b)(2), and 12(b)(6).

BHL seeks an Order of dismissal because: (i) several Plaintiffs lack standing to assert claims under 18 U.S.C. § 2333(a) (the "ATA"), 18 U.S.C. § 2333(d) ("JASTA"), and 28 U.S.C. § 1350 (the "ATS"); (ii) the Amended Complaint fails to comply with the requirements of Federal Rules of Civil Procedure 8 and 10(b); (iii) the Amended Complaint fails to establish personal jurisdiction over BHL; (iv) the Amended Complaint does not adequately allege primary liability claims under the

ATA; (v) the Amended Complaint does not adequately allege aiding-and-abetting liability under the ATA/JASTA; (vi) the Amended Complaint does not adequately allege conspiracy liability under the ATA/JASTA; (vii) the Amended Complaint's ATS claim fails for lack of jurisdiction and on the merits; and (viii) the Amended Complaint's negligence/wantonness claim fails to allege that BHL breached a duty to any of the Plaintiffs, nor that any of the Plaintiffs' injuries were proximately caused by such a breach.   BHL sets forth its arguments for dismissal in an accompanying Memorandum of Law, the Declaration of Samson A. Enzer, and the exhibits attached thereto.

**WHEREFORE**, BHL respectfully requests that this Court: (i) issue an order dismissing the above-captioned action in its entirety, and (ii) grant BHL's request for oral argument at a date and time to be designated by the Court.

Date: June 20, 2025

                                                  Respectfully submitted,

                                                  */s/ Harlan I. Prater IV*
Harlan I. Prater IV, ASB-7485-T62H
Lightfoot, Franklin & White, LLC
400 20th Street North
Birmingham, AL 35203
(205) 581-0720
hprater@lightfootlaw.com

CAHILL GORDON & REINDEL LLP
Samson A. Enzer
Anirudh Bansal
Sesi Garimella
32 Old Slip
New York, NY 10005
(212) 701-3125
SEnzer@cahill.com
ABansal@cahill.com
SGarimella@cahill.com

*Attorneys for Defendant Binance*
*Holdings Limited d/b/a Binance*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed with the

Court and served by the Court's ECF system, on this the 20th day of June, 2025, on:

David I. Schoen (ASB-0860-O42D)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
(334) 395-6611
schoenlawfirm@gmail.com

Mark Goldfeder (*pro hac vice*)
National Jewish Advocacy Center, Inc.
1718 General George Patton Drive
Brentwood, TN 37027
(800) 269-9895
mark@jewishadvocacycenter.org

Ben Schlager (*pro hac vice forthcoming*)
GOLDFEDER AND TERRY, LLC
666 Harless Place
West Hempstead, NY 11552
(917) 495-5790
ben@goldfederterry.com

*Attorneys for Plaintiffs*

Kenneth D. Sansom (SAN 047)
Michael T. Sansbury (SAN 054)
SPOTSWOOD SANSOM & SANSBURY LLC
Financial Center
505 20th Street North, Suite 700
Birmingham, AL 35203-3329
(205) 986-3620

Athanasia Charmani (*pro hac vice*)
Daniel T. Stabile (*pro hac vice*)

WINSTON & STRAWN, LLP
200 Park Avenue
New York, NY 10166
(212) 294-4659

*Attorneys for Defendant BAM Trading*
*Services, Inc. d/b/a Binance.US*

Teresa Goody Guillén (*pro hac vice*)
Marco Molina (*pro hac vice*)
Joanna F. Wasick (*pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200

Charles A. Stewart III
BRADLEY ARANT BOULT CUMMINGS LLP
RSA Dexter Avenue Building
445 Dexter Avenue
Suite 9075
Montgomery, AL 36104
(334) 956-7608

*Attorneys for Defendant Changpeng Zhao*