IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ADIN GESS, et al.,** | x |
| | x |
|    **Plaintiffs,** | x |
| | x  Civil Action No. |
|         v. | x  24-cv-00134-ECM-CWB |
| | x |
| **BAM TRADING SERVICES, INC. d/b/a** | x |
| **BINANCE.US, a Delaware corporation, et al.,** | x |
| | x |
|    **Defendants.** | x |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER ON BRIEFING FOR DEFENDANTS' MOTIONS TO DISMISS**

On May 19, 2025, the Court entered an Order in this case adopting the parties' proposed timeline for the submission of Defendants' motions to dismiss the Amended Complaint and associated briefing. (*See* ECF Nos. 87, 88).

The Order provided for the motions to be filed by June 20, 2025, responses in opposition within 60 days (August 19, 2025), and replies within 30 days (September 18, 2025) (ECF No. 88).

On June 20, 2025, all three Defendants filed separate motions to dismiss the Amended Complaint (ECF Nos. 89-93). Defendants' briefs total approximately 140 pages and are accompanied by hundreds of pages of exhibits filed in support of the motions. Suffice it to say, the Defendants' filings are voluminous.

Plaintiffs' counsel have been reviewing the submissions and have worked diligently on preparing a response in opposition to the motions; but, based on unforeseeable scheduling

conflicts that have arisen in other cases, Plaintiffs' counsel have concluded that additional time is required for the responses in opposition. Plaintiffs' counsel require an additional 14 days (from August 19, 2025 until September 2, 2025) to file Plaintiffs' opposition to the motions to dismiss.

The undersigned contacted defense counsel to ascertain their position and defense counsel authorized the undersigned to represent to the Court that they consent to the additional 14 days, on the condition that Defendants have 37 days instead of the 30 days provided for in the current Order to file their replies. This would mean that if the requested modification is granted, with Plaintiffs filing their responses in opposition by September 2, 2025, Defendants would have until October 9, 2025 instead of October 2, 2025 to file their replies. Plaintiffs have consented to this condition.

Accordingly, based on the foregoing and the consent of all parties, it is respectfully requested that the current briefing schedule entered on May 19, 2025 (ECF No. 88), be modified to extend the date for Plaintiffs to file their response in opposition to the Defendants' motions to dismiss the Amended Complaint by 14 days from August 19, 2025 until September 2, 2025 and to extend Defendants' date to file their replies until October 9, 2025.

Respectfully submitted,

/s/ David I. Schoen
David I. Schoen (ASB-0860-O42D)
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2025, I caused a true and accurate copy of the foregoing to be served on all counsel of record by filing the same through the ECF system.

/s/ David I. Schoen

David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
(334) 395-6611
schoenlawfirm@gmail.com

Mark Goldfeder (pro hac vice)
National Jewish Advocacy Center, Inc.
1718 General George Patton Drive
Brentwood, TN 37027
(800) 269-9895
mark@jewishadvocacycenter.org

Ben Schlager (pro hac vice)
Goldfeder and Terry, LLC
666 Harless Place
West Hempstead, NY 11552
(917) 495-5790
ben@goldfederterry.com