# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| NOACH NEWMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:24-cv-00134-ECM-CWB |
| ) | |
| BAM TRADING SERVICES INC. ) | |
| d/b/a BINANCE.US, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL OF
## CERTAIN PLAINTIFFS WITHOUT PREJUDICE

**COME NOW**, certain Plaintiffs, Iris Weinstein Haggai, on her own behalf and as Executrix of the Estates of Judy Lynne Weinstein and Gadi Haggai; Zohar Haggai; and Ahl Haggai ("Dismissing Plaintiffs") and hereby submit this Stipulation of Dismissal of the Dismissing Plaintiffs in this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

The Dismissing Plaintiffs have requested to be dismissed from this pending litigation and have executed a Request for Voluntary Dismissal. The signed Requests for Voluntary Dismissal are attached hereto as **Exhibits A, B, and C**.

The undersigned counsel for the Dismissing Plaintiffs stipulate to the dismissal of the Dismissing Plaintiffs and file this Stipulation in accordance with

Fed. R. Civ. P. 41(a)(1)(A)(i).  The Dismissing Plaintiffs Iris Weinstein Haggai, on her own behalf and as Executrix of the Estates of Judy Lynne Weinstein and Gadi Haggai; Zohar Haggai; and Ahl Haggai stipulate to their dismissal, without prejudice, with costs taxed as paid.

                    RESPECTFULLY SUBMITTED,

*/s/ David I. Schoen*
David I. Schoen (ASB-0860-O42D)
Schoen Law Firm, LLC
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
(334) 395-6611
schoenlawfirm@gmail.com

*/s/ D. G. Pantazis*
Dennis G. Pantazis
D. G. Pantazis, Jr.
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone:  (205) 314-0531
Email: dgp@wigginschilds.com
        dgpjr@wigginschilds.com

*Attorneys for the Dismissing Plaintiffs Iris Weinstein Haggai, on her own behalf and as Executrix of the Estates of Judy Lynne Weinstein and Gadi Haggai; Zohar Haggai; and Ahl Haggai*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, the above and foregoing document was filed and served via the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

>*/s/ D. G. Pantazis*
>Of Counsel