# EXHIBIT A

## REQUEST FOR VOLUNTARY DISMISSAL

Dear Mr. Schoen,

I am currently a plaintiff in the lawsuit captioned *Newman v. Bam Trading* (24-cv-00134), in the Middle District of Alabama (the "Newman Action"). I am named as a plaintiff on my own behalf, and as executrix of the estates of Judy Lynne Weinstein and Gadi Haggai. I hereby request that I be voluntarily dismissed as a plaintiff from the Newman Action, both in my personal capacity, and as executrix of the estates of Judy Lynne Weinstein and Gadi Haggai.

Signature: _____

Iris Weinstein Haggai
263 River Valley Road, #01-17
Singapore 238309

130957753.v5