# EXHIBIT B

## REQUEST FOR VOLUNTARY DISMISSAL

Dear Mr. Schoen,

I am currently a plaintiff in the lawsuit captioned *Newman v. Bam Trading* (24-cv-00134), in the Middle District of Alabama (the "Newman Action"). I hereby request that I be voluntarily dismissed as a plaintiff from the Newman Action.


Signature:_____

Zohar Haggai
Bilu 17 Apt 8
Holon, Israel 5833411

130957753.v2