# EXHIBIT C

## REQUEST FOR VOLUNTARY DISMISSAL

Dear Mr. Schoen,

I am currently a plaintiff in the lawsuit captioned *Newman v. Bam Trading* (24-cv-00134), in the Middle District of Alabama (the "Newman Action"). I hereby request that I be voluntarily dismissed as a plaintiff from the Newman Action.

Signature:_____

Ahl Haggai
Hakalanit Street
Amikam, Israel 37830

130957753.v3