IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NOACH NEWMAN, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 2:24-cv-134-ECM ) |
| BAM TRADING SERVICES, INC., *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

Upon review of the stipulation of dismissal of certain plaintiffs without prejudice (doc. 109), which the Court construes as a notice of voluntary dismissal by certain plaintiffs and which comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the actions brought by Plaintiffs Iris Weinstein Haggai, on her own behalf and as Executrix of the Estates of Judy Lynne Weinstein and Gadi Haggai; Zohar Haggai; and Ahl Haggai have been DISMISSED without prejudice by operation of Rule 41, with costs taxed as paid.

The actions brought by the remaining Plaintiffs remain pending.

DONE this 24th day of November, 2025.

                              /s/ Emily C. Marks
                              EMILY C. MARKS
                              CHIEF UNITED STATES DISTRICT JUDGE