# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| NOACH NEWMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-134-ECM-CWB |
| ) | |
| BAM TRADING SERVICES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

At the time Plaintiffs filed their Amended Complaint on May 5, 2025 (*see* Doc. 84), various motions to dismiss (*see* Docs. 76, 79, & 82) were pending as to the original Complaint. Because the Amended Complaint is now Plaintiffs' operative pleading, and because the defendants have filed new motions to dismiss specifically targeting the Amended Complaint, it is **ORDERED** that the previously filed motions to dismiss (Docs. 76, 79, & 82) are **DENIED AS MOOT**.

**DONE** this the 5th day of February 2026.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**