# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| NOACH NEWMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-134-ECM-CWB |
| | ) | |
| BAM TRADING SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is hereby **ORDERED** that this action is set for a telephonic status conference on **Tuesday**, **February 10, 2026 at 10:00 a.m.** Dial-in information will be circulated in advance to counsel of record. Participants should join at least five minutes prior to the scheduled start time.

**DONE** this the 5th day of February 2026.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**