# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

NOACH NEWMAN, et al.,

                Plaintiffs,

        - v. -

BAM TRADING SERVICES INC. d/b/a
BINANCE.US, et al.,

                Defendants.

Civil Action Case No.
24 Civ. 00134

## JOINT MOTION FOR ENTRY OF BRIEFING ORDER

Plaintiffs Adin Gess, Noach Newman, Maya Parizer, Natalie Sanandaji, Yoni Diller, Hagar Almog, Lishay Lavi, David Bromberg, Ariel Ein-Gal, Ora Cooper, Rotem Cooper, Almog Meir Jan, Andrey Kozlov, Shlomi Ziv, Ayelet Samerano, Talik Gvili, Roee Baruch, and Shachar Levi (collectively, "Plaintiffs"), and Defendants BAM Trading Services, Inc. d/b/a Binance.US ("BAM Trading"), Binance Holdings Limited d/b/a Binance ("BHL"), and Changpeng Zhao ("Zhao") (collectively, "Defendants") have conferred regarding a proposed briefing schedule for responses to Plaintiffs' Second Amended Complaint, filed on April 10, 2026. (Doc. 128.) The Parties respectfully submit this Joint Proposed Briefing Order and request that the Court enter the following schedule, consistent with the Court's contemplation of a briefing schedule for any motions to dismiss the Second

Amended Complaint:

1.      Plaintiffs filed their Second Amended Complaint on April 10, 2026. (Doc. 128.) Defendants shall file any responsive pleadings to the Second Amended Complaint, including any motions to dismiss, on or before May 26, 2026.

2.      In the event any Defendant files a motion to dismiss, Plaintiffs shall file any opposition or response thereto within 60 days of the filing of the motion.

3.      The moving Defendant(s) shall file any reply brief in further support of a motion to dismiss within 30 days of the filing of Plaintiffs' opposition or response.

4.      All deadlines set forth in the Joint Proposed Briefing Order shall be computed in accordance with Federal Rule of Civil Procedure 6(a).

For the foregoing reasons, the Parties respectfully request that the Court allow Defendants until May 26, 2026, to respond to Plaintiffs' Second Amended Complaint and enter this Joint Proposed Briefing Order governing any motions to dismiss.

Dated: April 14, 2026

WINSTON & STRAWN, LLP
Athanasia Charmani (*pro hac vice*)
Daniel T. Stabile (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Tel: (212) 294-4659

SPOTSWOOD SANSOM &
SANSBURY LLC
Kenneth D. Sansom
Michael T. Sansbury
Financial Center
505 20th Street North, Suite 700
Birmingham, AL 35203-3329
Tel: (205) 986-3620

*Attorneys for Defendant BAM Trading
Services, Inc. d/b/a Binance.US*

BAKER & HOSTETLER LLP
Teresa Goody Guillén (*pro hac vice*)
Marco Molina (*pro hac vice*)
Joanna F. Wasick (*pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4200

BRADLEY ARANT BOULT
CUMMINGS LLP
Charles A. Stewart III
RSA Dexter Avenue Building
445 Dexter Avenue, Suite 9075
Montgomery, AL 36104
Tel: (334) 956-7608

*Attorneys for Defendant Changpeng Zhao*

Respectfully submitted,

LIGHTFOOT, FRANKLIN &
WHITE, LLC

By: */s/ Harlan I. Prater, IV*
Harlan I. Prater IV
Mary Parrish McCracken
400 20th Street North
Birmingham, AL 35203
Tel: (205) 581-0720

WITHERS BERGMAN LLP
Christopher N. LaVigne (*pro hac vice*)
Joseph E. Gallo (*pro hac vice*)
Alexander C. Haden (*pro hac vice*)
430 Park Avenue, 10th Floor
New York, NY 10022
Tel: (212) 848-9800

*Attorneys for Defendant Binance
Holdings Limited d/b/a Binance*

SCHOEN LAW FIRM, LLC
David I. Schoen (0860-O42D)
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
(917) 941-7952
schoenlawfirm@gmail.com

NATIONAL JEWISH ADVOCACY
CENTER, INC.
Mark Goldfeder (*pro hac vice*)
1718 General George Patton Drive
Brentwood, TN 37027
(800) 269-9895
mark@jewishadvocacycenter.org

GOLDFEDER AND TERRY, LLC
Ben Schlager (*pro hac vice forthcoming*)

3

666 Harless Place
West Hempstead, NY 11552
(917) 495-5790
ben@goldfederterry.com

*Attorneys for Plaintiff*

4