**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| NOACH NEWMAN, *et al.*,<br><br>                                    Plaintiffs,<br><br>                    - v. -<br><br>BAM TRADING SERVICES INC. d/b/a BINANCE.US, BINANCE HOLDINGS LTD. d/b/a BINANCE, and CHANGPENG ZHAO,<br><br>                                    Defendants. | Civil Action Case No. 24 Civ. 00134<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF CHRISTOPHER N. LAVIGNE IN SUPPORT OF BINANCE**
**HOLDINGS LIMITED'S MOTION TO DISMISS**

Christopher N. LaVigne hereby declares under 28 U.S.C. § 1746 as follows:

1.      I am a member of the bar of the State of New York and a Partner at the law firm Withers Bergman LLP, and I am admitted *pro hac vice* as counsel for Defendant Binance Holdings Limited ("BHL") in the above-captioned action. I submit this declaration in support of BHL's Motion to Dismiss in order to place before the Court certain documents that are referenced in the accompanying Memorandum of Law in Support of BHL's Motion to Dismiss.

2.      Annexed hereto as Exhibit 1 is a true and correct copy of the Financial Crimes Enforcement Network ("FinCEN") Consent Order between FinCEN and BHL, dated November 21, 2023, which is available at [https://www.fincen.gov/sites/default/-files/enforcement_action/2023-11-21/FinCEN_Consent_Order_2023-04_FINAL508.pdf](https://www.fincen.gov/sites/default/-files/enforcement_action/2023-11-21/FinCEN_Consent_Order_2023-04_FINAL508.pdf).      The FinCEN Consent Order is referenced repeatedly in the Second Amended Complaint ("SAC"). (*See, e.g.*, SAC ¶¶ 5, 16, 43, 107, 122-27, 132-33, 135, 142, 143, 161-62.)

3.      Annexed hereto as Exhibit 2 is a true and correct copy of the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") Settlement Agreement between OFAC

and BHL, dated November 21, 2023, which is available at https://ofac.treasury.gov/system/files/2023-11/20231121_binance_settlement.pdf. The OFAC Settlement Agreement is referenced repeatedly in the Second Amended Complaint. (*See, e.g.*, SAC ¶¶ 16, 46, 112, 114-15, 117-18.)

4.    Annexed hereto as Exhibit 3 is a true and correct copy of the Consent Order between the Commodity Futures Trading Commission and BHL, dated December 14, 2023, as ordered by the court in *Commodity Futures Trading Commission v. Changpeng Zhao, et al.*, No. 23 Civ. 01887, (N.D. Ill. 2023) (ECF No. 80), (the "CFTC Consent Order"). The CFTC Consent Order is referenced repeatedly in the Second Amended Complaint. (*See, e.g.*, SAC ¶¶ 16, 44, 165-67.)

5.    Annexed hereto as Exhibit 4 is a true and correct copy of the Plea Agreement between the U.S. Department of Justice ("DOJ") and BHL, dated November 21, 2023, and filed in *United States v. Binance Holdings Limited*, No. 2:23 Cr. 00178 (W.D. Wash. 2023) (ECF No. 23), (the "BHL Plea Agreement"). The BHL Plea Agreement is referenced in the Second Amended Complaint. (*See, e.g.*, SAC ¶¶ 4, 16, 20.)

\*    \*    \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 26, 2026

_____
Christopher N. LaVigne