**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

NOACH NEWMAN, et al.,

        Plaintiffs,

        v.

BAM TRADING SERVICES INC. d/b/a
BINANCE.US, et al.,

        Defendants.

Case No. 2:24-cv-00134-ECM-CWB

**ORAL ARGUMENT REQUESTED**

**MR. CHANGPENG ZHAO'S MOTION TO DISMISS**
**PLAINTIFFS' SECOND AMENDED COMPLAINT**

COMES NOW, Defendant Changpeng Zhao, by and through the undersigned counsel, respectfully moves this Court for an Order pursuant to Federal Rules of Civil Procedure 8, 10, 12(b)(1), 12(b)(2), and 12(b)(6) dismissing Plaintiffs Second Amended Complaint (ECF No. 128) in its entirety with prejudice.  Mr. Zhao sets forth his arguments for dismissal in an accompanying Memorandum of Law, Declaration of Joanna F. Wasick and exhibit attached thereto, Declaration of Christopher Wall and exhibits attached thereto, and all prior proceedings, pleadings, and filings in this action.

WHEREFORE, Mr. Zhao respectfully requests that this Court grant his Motion to Dismiss in its entirety with prejudice.

Dated: May 26, 2026

Respectfully submitted,

*/s/ Joanna F. Wasick*

**BAKER & HOSTETLER LLP**

Joanna F. Wasick (admitted *pro hac vice*)
Marco Molina (admitted *pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
jwasick@bakerlaw.com
mmolina@bakerlaw.com

*/s/ Charles A. Stewart III*

**BRADLEY ARANT BOULT CUMMINGS LLP**

Charles A. Stewart III (ASB-4955-A56C)
445 Dexter Avenue, Suite 9075
Montgomery, AL 36104
(334) 956-7700
cstewart@bradley.com

*Counsel for Defendant Changpeng Zhao*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiffs*
Mark Goldfeder, Esq.
NATIONAL JEWISH ADVOCACY CENTER, INC.
1718 General George Patton Drive
Brentwood, TN 37027
mark@jewishadvocacycenter.org

Ben Schlager, Esq.
GOLDFEDER AND TERRY, LLC
666 Harless Place
West Hampstead, NY 11552
ben@goldfederterry.com

David Schoen, Esq.
LAW OFFICE OF DAVID I. SCHOEN
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Schoenlawfirm@gmail.com

*Counsel for Defendant BAM Trading Services, Inc.*
Kenneth D. Sansom, Esq.
Michael T. Sansbury, Esq.
SPOTSWOOD, SANSOM & SANSBURY LLC
1819 5th Avenue North, Suite 1050
Birmingham, AL 35203
ksansom@spotswoodllc.com
msansbury@spotswoodllc.com

Athanasia "Thania" Charmani, Esq.
WINSTON & STRAWN, LLP
200 Park Avenue
New York, NY 10166-4193
acharmani@winston.com

*Counsel for Defendant BAM Trading Services, Inc. (cont.)*
Daniel T. Stabile, Esq.
WINSTON & STRAWN, LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, FL 33131-5340
dstabile@winston.com

Gabriela "Gabie" Plasencia, Esq.
WINSTON & STRAWN, LLP
101 California Street, 21st Floor
San Francisco, CA 94111
gplasencia@winston.com

*Counsel for Defendant Binance Holdings Limited*
Harlan I. Prater IV, Esq.
Mary Parrish McCracken, Esq.
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
hprater@lightfootlaw.com
mmcracken@lightfootlaw.com

Christopher N. LaVigne, Esq.
Joseph E. Gallo, Esq.
Alexander C. Haden, Esq.
WITHERS BERGMAN LLP
430 Park Avenue, 10th Floor
New York, NY 10022
Christopher.LaVigne@withersworldwide.com
Joseph.Gallo@withersworldwide.com
Alex.Haden@withersworldwide.com

*/s/ Joanna F. Wasick*
Joanna F. Wasick (admitted *pro hac vice*)